# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Tanisha Walker and Darryl Cox,

           Plaintiffs,

    v.

Joseph Iarussi, et al.,

           Defendants.

Case No. 2:26-cv-01996-GMN-DJA

**Order**

Pro se Plaintiff Darryl Cox has filed an application to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee).  (ECF No. 1).  However, Plaintiff Tanisha Walker has not filed an application to proceed *in forma pauperis*.  Walker, as a named Plaintiff, must also file a separate application to proceed *in forma pauperis*.  "[A]lthough only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed *in forma pauperis*, each plaintiff must qualify for IFP status." *Anderson v. California*, No. 10-cv-02216-MMA-AJB, 2010 WL 4316996, at *1 (S.D. Cal. Oct. 27, 2010).  Without knowing each Plaintiff's financial circumstances, the Court cannot conclude that they are eligible to proceed *in forma pauperis*.  Accordingly, the Court will require Walker to file a *separate* application.  *See Remmert v. Newsome*, No. 1:23-CV-00050-ADA-HBK, 2023 WL 1806277, at *2 (E.D. Cal. Jan. 31, 2023) (requiring each Plaintiff to submit their own separate application if they wished to proceed *in forma pauperis*).

///

///

///

**IT IS THEREFORE ORDERED** that Walker must file an application to proceed *in forma pauperis* on or before **August 5, 2026.**   Alternatively, the Plaintiffs may choose to pay the $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee, on or before August 5, 2026.  **Failure to comply with this order may result in a recommendation of dismissal.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiffs a copy of this order.

DATED: July 6, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE